THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 John Patrick
 Cousar, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2008-UP-420
 Submitted July 1, 2008  Filed July 21,
2008

APPEAL DISMISSED

 
 
 
 Wanda H. Carter, South Carolina Commission on Indigent Defense, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office
 of the Attorney General, all of Columbia; and Solicitor Kevin S. Brackett, of
 York, for Respondent.
 
 
 

PER CURIAM: John Patrick Cousar pleaded guilty to armed robbery,
 assault and battery of a high and aggravated nature, possession of a firearm
 during the commission of a violent crime, and criminal conspiracy. Cousar appeals,
 arguing the circuit court erred in accepting his guilty plea without first
 holding a competency hearing under State v. Blair, 275 S.C. 529, 273
 S.E.2d 536 (1981).  See S.C. Code Ann. § 44-23-430 (Supp. 2007).  Cousar
 did not file a separate pro se brief.  After a thorough review of
 the record and counsels brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Cousars appeal and grant counsels petition to be relieved.  
APPEAL
 DISMISSED.
HEARN,
C.J., CURETON and  GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.